IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS 66 COMPANY,<br><br>    Plaintiff,<br>vs.<br><br>PETROS RAI STATIONS, LLC AND AMARJIT S. RAI,<br><br>    Defendants. | CASE NO. 2:15-CV-00368-TLN-KJN<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS |

      Plaintiff, Phillips 66 Company's ("Phillips 66") application for order for service by publication of summons on Defendant Amarjit S. Rai has been considered by this Court. After full consideration of the evidence and the pleadings on file, the Court finds that the requirements of California Code of Civil Procedure § 415.50 have been met because Plaintiff's attempts to serve Defendant through any reasonable means at 10944 Flaming Star Lane, Stockton, CA 95209, his most recent residential address, were unsuccessful despite its due diligence.

      Accordingly, the Court hereby GRANTS Plaintiff's Application and directs Plaintiff to serve said summons on Defendant Amarjit S. Rai by publication thereof in The Record, a newspaper of general circulation qualified to publish legal notices in the City of Stockton, San Joaquin County, Defendant Amarjit S. Rai's last known location, and is the newspaper most likely to

1 give Defendant actual notice, and that said publication be made at least once a week for four
2 successive weeks.

3

4 <u>IT IS SO ORDERED</u>.

5

6 Dated: May 28, 2015

_____
Troy L. Nunley
United States District Judge

Submitted by:
THE LAW OFFICES OF DAWN CEIZLER
DAWN CEIZLER, Bar No. 214873
1990 N. California Blvd., Suite 305
Walnut Creek, CA  94596
Telephone: (925) 932-8225
Facsimile:  (925) 226-4849
dc@ceizler.com
Attorney for Plaintiff
Phillips 66 Company