UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS 66 COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PETROS RAI STATIONS, LLC, et al.,<br><br>Defendants. | No. 2:15-cv-0368-TLN-KJN<br><br>**ORDER GRANTING PHILLIPS 66'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING**<br><br>Hearing Date: March 3, 2016<br>Time: 10:00 a.m.<br>Before: Hon. Kendall J. Newman |

FOR GOOD CAUSE SHOWN, Plaintiff Phillips 66 Company's request to appear telephonically at the Motion for Default Judgment hearing on March 3, 2016, at 10:00 a.m., is hereby GRANTED.

The Court will issue further instructions on the telephonic appearance.

IT IS SO ORDERED.

Dated:  February 18, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1