UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| Phillips 66 Company , | Case No. 2:15-cv-00368 TLN KJN |
|---|---|
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| Petros Rai Stations, LLC, et al., | |
| Defendant. | |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED again defendant:

Petros Rai Stations, LLC and Amarjit S. Rai jointly and severally in the amount of $666,847.65,1 plus pre-judgment interest accruing at $133.39 per day between the date of the Clerk of Court's entry of default and the date on which judgment is to be entered, with any post-judgment interest accruing thereafter in accordance with federal law.

June 06, 2016                                        MARIANNE MATHERLY, CLERK

                                                     By: /s/  G. Michel, Deputy Clerk